**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ZACHAURY CLAYTON CAPRIOTTI,** | : | |
| **Petitioner** | : | |
| | : | **No. 1:24-cv-01366** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **MICHAEL GOURLEY, Superintendent,** | : | |
| **SCI CAMP HILL, <u>et al.</u>,** | : | |
| **Respondents** | : | |

<u>**ORDER**</u>

**AND NOW**, on this 12th day of September 2024, upon consideration of the petition for a writ of habeas corpus under 28 U.S.C. § 2254, application for leave to proceed <u>in forma pauperis</u> ("IFP Application"), and prisoner trust fund account statement filed by pro se Petitioner Zachaury Clayton Capriotti ("Capriotti") (Doc. Nos. 1–3), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The IFP Application (Doc. No. 2) is **GRANTED**, and Capriotti has leave to proceed <u>in forma pauperis</u> in this action;

2. The Clerk of Court is **DIRECTED** to **SEND** a copy of this Order to the Superintendent/Warden of the institution wherein Capriotti is presently incarcerated;

3. The petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DEEMED FILED**;

4. The Clerk of Court shall **SUBSTITUTE** the current Respondents listed on the docket with Michael Gourley, Superintendent of SCI Camp Hill, as well as the Attorney General for the Commonwealth of Pennsylvania;

5. The petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

6. A certificate of appealability **SHALL NOT ISSUE**;

7. The Clerk of Court is directed to **SEND** copies of this Order and the accompanying Memorandum to Capriotti, <u>see</u> R. 4, 28 U.S.C. foll. § 2254; and

8.     The Clerk of Court is directed to **CLOSE** this case.


s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania